McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00058-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ROBERT JOSEPH MAHER, | DATE: June 25, 2019 |
| Defendant. | TIME: 9:15 a.m. COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 25, 2019.

2. By this stipulation, defendant now moves to continue the status conference until August 20, 2019 at 9:15 a.m., and to exclude time between June 25, 2019, and August 20, 2019 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On or around December 17, 2018, the government produced more than 14,000 pages of discovery associated with this case directly to counsel and/or made available for inspection and copying.

   b) A protective order governs the discovery in this case requiring either redaction of

protected information or supervision of the defendant during review of discovery containing protected information. Thousands of pages of discovery produced in this case contain protected information requiring such special handling.

      c)     Counsel for defendant Maher desires additional time to review the protected discovery in this matter with her client, consult with her client, review the current charges, conduct investigation and research related to the charges, to discuss potential resolution with her client, and otherwise prepare for trial.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 25, 2019 to August 20, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 17, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ AMY SCHULLER HITCHCOCK
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: June 17, 2019

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
ROBERT JOSEPH MAHER

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of June, 2019.

/S/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE