Candice L. Fields, SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Tel:  (916)414-8050
Fax:  (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
ROBERT JOSEPH MAHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>JOHN MICHAEL HERRON, ET AL.<br><br>Defendants. | Case No. 2:18-CR-00058-JAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE**<br><br><br>Date:   October 22, 2019<br>Time:   9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Amy Hitchcock, Assistant United States Attorney, attorney for Plaintiff, and Candice L. Fields, attorney for defendant Robert Joseph Maher, that:

1. By previous order, this matter was set for a status conference on October 22, 2019, at 9:15 a.m., before Judge John A. Mendez.

2. By this stipulation, defendants now move to continue the status conference until January 28, 2020, at 9:15 a.m. before Judge John A. Mendez, and to exclude time between

1
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE

October 22, 2019, and January 28, 2020, inclusive, under Local Code T4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request that the Court find the following:

a. On or around December 17, 2018, the government produced more than 14,000 pages of discovery plus dozens of audio recordings associated with this case directly to counsel and/or made available for inspection and copying.

b. A Protective Order governs the discovery in this case requiring either redaction of protected information or supervision of the defendant during review of discovery containing protected information. Thousands of pages of discovery produced in this case contain protected information requiring such special handling.

c. In addition, defense counsel is conferring with the government, which is prompting additional points of investigation and research.

d. Counsel for defendant Maher desires additional time to review the protected discovery and audio recordings in this matter with her client, consult with her client, review the current charges, conduct investigation and research related to the charges, and to discuss potential resolution with her client.

e. Counsel for defendant Maher believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The government does not object to the continuance.

g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2019, to January 28, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Dated: October 16, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ *Amy Hitchcock*
AMY HITCHCOCK
Assistant United States Attorney

Dated: October 16, 2019

/s/ *Candice L. Fields*
CANDICE L. FIELDS
Attorney for Defendant
ROBERT JOSEPH MAHER

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for October 22, 2019, at 9:15 a.m., be vacated and continued to January 28, 2020, at 9:15 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order through January 28, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv) and Local Code T4, because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 16, 2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE