McGREGOR W. SCOTT
United States Attorney
AMY S. HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ROBERT JOSEPH MAHER<br><br>                              Defendant. | CASE NO.  2:18-CR-058-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 4, 2020<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.      By previous stipulation and order this matter was set for status on January 28, 2020.  ECF 88.  By minute order, the status hearing was reset to February 4, 2020.  ECF 89.

2.      By this stipulation, defendant now moves to vacate the currently set status date and set a status conference on April 21, 2020 at 9:15 a.m., and to exclude time between January 28, 2020 and April 21, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has produced over 14,000 pages of discovery in this case, as well as 5 compact discs containing audio files.  This discovery is subject to a protective order (ECF 46) which affects the manner, and therefore speed, in which defense counsel is able to review this lengthy discovery with her client.

b)      The parties have continued to meet and confer regarding various issues, including

the calculation of loss in this case. These communications affect resolution and defense preparation for trial, and have prompted, and will likely continue to prompt, additional points of investigation and research for defense counsel, as well as items to discuss with the defendant.

c)       Counsel for defendant desires additional time to review the voluminous discovery, consult with her client, conduct investigation and research related to the charges and resulting from review of the discovery and discussions with the trial, and to otherwise prepare for trial.

d)       Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)       The government does not object to the continuance.

f)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2020 to April 21, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 24, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ AMY S. HITCHCOCK
AMY S. HITCHCOCK
Assistant United States Attorney

Dated: January 24, 2020

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
Robert Joseph Maher

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of January, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE