CANDICE L. FIELDS - SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 414-8050

Attorneys for Defendant
Robert Joseph Maher

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH MAHER<br><br>Defendant. | CASE NO. 2:18-CR-058-JAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER THEREON<br><br>DATE: June 8, 2021<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Robert Artuz, counsel for plaintiff, and Candice Fields, counsel for defendant, that the sentencing hearing currently set for June 8, 2021, at 9:30 a.m., before the Honorable John A. Mendez, may be continued to June 22, 2021, at 9:30 a.m.

The basis for this request is as follows: On March 2, 2021, the Court entered defendant Maher's plea to Counts 5 & 20 of the Indictment and adjudged the defendant guilty. The matter was referred to U.S. Probation for preparation of a Presentence Report. However, in light of General Order 618, and state and local stay-at-home orders, it was difficult for counsel and the assigned Probation Officer to coordinate a Probation Interview with the defendant via video. Additional time is needed to prepare the informal and final Presentence Report and to prepare defendant's case for sentencing. The government does not object to a continuance.

STIPULATION TO CONTINUE SENTENCING; ORDER THEREON

1

The following amended scheduling order shall apply:

| | |
|---|---|
| Judgment and sentencing date: | June 22, 2021 |
| Reply or statement of non opp: | June 15, 2021 |
| Motion for correction of PSR filed: | June 8, 2021 |
| PSR filed: | June 1, 2021 |
| Objections to PSR delivered: | May 25, 2021 |
| Draft PSR disclosed: | May 11, 2021 |

Dated: May 3, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT ARTUZ
ROBERT ARTUZ
Assistant United States Attorney

Dated: May 3, 2021

CANDICE FIELDS LAW

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant Robert J. Maher

**ORDER**

IT IS SO ORDERED.

Dated: May 3, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE