CANDICE L. FIELDS
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Robert Joseph Maher

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH MAHER,<br><br>　　　　　Defendants. | CASE NO.  2:18-CR-00058 JAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING RE TSR VIOLATION; FINDINGS AND ORDER<br><br>DATE: September 24, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.　By previous order, this matter was set for sentencing hearing on September 24, 2024.

2.　By this stipulation, defendant now moves to continue his sentencing hearing until November 19, 2024.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　On June 24, 2024, a Petition was filed alleging defendant's violation of supervised release. ECF No.127.

　　b)　On June 28, 2024, defendant made his initial appearance in the Fresno Division re: revocation of supervised release. ECF No. 132.

　　c)　On July 11, 2024, after defendant was transferred to Sacramento Main Jail, a detention hearing was held at which time detention was not challenged. ECF No. 135.

　　d)　On July 30, 2024, defendant admitted violation the terms of supervised release and sentencing was set for September 17, 2024. ECF No. 138.

e) Counsel for defendant desires additional time to prepare for sentencing including but not limited to gathering mitigation material. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated reasons, good cause exists to continue defendant's sentencing hearing in this matter.

IT IS SO STIPULATED.

Dated: September 16, 2024        PHILLIP A. TALBERT
                                 UNITED STATES ATTORNEY

                                 /s/ SHEA KENNY

Dated: September 16, 2024        /s/ CANDICE L. FIELDS
                                 CANDICE L. FIELDS
                                 Counsel for Defendant
                                 Robert Joseph Maher

## FINDINGS AND ORDER

Good cause appearing, it is ORDERED that the sentencing hearing of defendant Maher shall be continued to **November 19, 2024**.

Dated: September 17, 2024        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE